

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00123-CV

**ONE HUNDRED SEVENTY-ONE THOUSAND ONE HUNDRED** and 00/100
($171,100.00) in U.S. Currency and One (1) 2012 Volkswagen Jetta,
VIN#3VWDP7AJ9CM333910,
Appellants

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-02-54230
Honorable Terry A. Canales, Judge Presiding

# O R D E R

On June 28, 2018, Appellant Mirsha Contla filed her brief. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief has the following defects.

- Insufficient Record Citations. The statement of facts includes only two citations to the reporter's record; no other part of the brief contains any citations to the record. *Contra id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record."); *id.* R. 38.1(d) ("[T]he statement [of the case] should be supported by record references . . . .").

- Citations to Brief Appendix Documents. Appellant attached eighteen documents to her brief, and her brief cites the appendices approximately twenty-two times. But none of the appendices were copies of file stamped documents filed by the district clerk. The appendices are not part of the appellate record and we may not consider them. *Briggs v. Toyota Mfg. of Texas*, 337 S.W.3d 275, 283 (Tex. App.—San Antonio 2010, no pet.); *Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 n.2 (Tex. App.—Houston [14th Dist.] 2008, no pet.) ("We may not consider documents attached to an appellate brief that are not part of the appellate record.").

- <u>Appendix</u>. The brief does not include the required appendix. *Contra id.* R. 38.1(k).

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER Appellant to file an amended brief within TEN DAYS of the date of this order. **The amended brief must correct all the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

We encourage Appellant to use the court's preferred conventions for citing the appellate record. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8 cmt. ("The reporter's record may be referred to as 'RR' and the clerk's record as 'CR.'").

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court